Mark Anthony Ortega
152 Bedingfeld
San Antonio, TX 78251



**RECEIVED**
JUL 11 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

U.S. MARSHALS
RECEIVED
JUL 11 2024
SAN ANTONIO, TX
ENFORCEMENT SECTION

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

# SA24CA0768 JKP
## MJ-HJB