**PHILIP J. DEVLIN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### 262 W. Nueva St., Suite 1-400
### San Antonio, Texas 78207

**ANNETTE**
**FRENCH**
**CHIEF DEPUTY**

July 15, 2024

Mark Anthony Ortega
P.O. Box 702099
San Antonio, TX 78270

RE: Case #5:24-cv-00768-JKP

Dear Mr. Ortega:

　　Your Complaint was filed in our office on 7/11/2024 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

Sincerely,

By____dg_____
　　Deputy 6Clerk