IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

SEP 3 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

MARK ANTHONY ORTEGA

　　　　　　　　Plaintiff,

v.

ELITE LIVING REALTY, LLC

　　　　　　　　Defendant.

Case No. SA-24-CV-768-JKP (HJB)

## AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I, Mark Anthony Ortega, am the Plaintiff in the above cause, and that defendant Elite Living Realty, LLC was served on July 23, 2024 as evidenced by the Proof of Service. (ECF No. 6)

I further certify that the defendant has failed to serve an answer or other responsive pleading; one extension of fourteen days was granted and has since expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case. Therefore, the Clerk is requested to enter a default against said defendant.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 29, 2024

                                                Mark Anthony Ortega
                                                Plaintiff, Pro Se

By: _____

mortega@utexas.edu
PO Box 702099
San Antonio, TX 78270
Telephone: (210) 744-9663

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ORTEGA<br><br>Plaintiff,<br><br>v.<br><br>ELITE LIVING REALTY, LLC<br><br>Defendant. | Case No. SA-24-CV-768-JKP (HJB) |

## CLERK'S ENTRY OF DEFAULT

The Plaintiff, Mark Anthony Ortega, having filed a Complaint (ECF No. 1) on July 5, 2024, and the Defendant, Elite Living Realty, LLC, having failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the time for responding having expired;

IT IS ORDERED, that the Clerk enter the default of the Defendant, Elite Living Realty, LLC.

By: _____
Clerk of Court

Mark Ortega
PO Box 702099
San Antonio, TX 78270

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

RECEIVED
SEP - 4 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK


