UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-768-JKP |
| ELITE LIVING REALTY, LLC, | § § § | |
| Defendant. | § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

In light of the Clerk's Entry of Default Against Defendant and Plaintiff's Motion for Default Judgment filed on September 16, 2024, it is hereby **ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.  (*See* Docket Entries 10 and 11.)

**SIGNED** on September 18, 2024.

Henry J. Bemporad
United States Magistrate Judge