Name: Guadalupe Isabel Sierra Moreno

Address: 11788 Culebra Rd, Apt 8102

San Antonio

Phone Number: 210-528-8876

Email Address: gsierramoreno@icloud.com

*Pro Se*

**FILED**
November 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____vnd_____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

Mark Anthony Ortega

PLAINTIFF(S)

v.

Elite Living Realty, LLC and Guadalupe Isabel Sierra Moreno

DEFENDANT(S)

CASE NUMBER

5:24-CV-00768-JKP-HJB

**APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY**

As the ☐ Plaintiff ☒ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 11/19/2025       Signature: *Guadalupe SierraMoreno*