UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-24-CV-768-JKP (HJB) |
| | § | |
| ELITE LIVING REALTY, LLC; | § | |
| GUADALUPE ISABEL SIERRA MORENO; | § | |
| DFW ELITE LIVING, LLC; and | § | |
| JOSEPH GARCIA, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the status of this case which was referred by the District Court to the undersigned for disposition of all non-dispositive pretrial matters pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 5.)

The Court held a Status Conference on June 9, 2026. In accordance with the Court's rulings at the conference, it is hereby **ORDERED** that, **on or before July 9, 2026**, Plaintiff must file (1) settlement documents regarding his claims against Defendant Guadalupe Isabel Sierra Moreno, and (2) a motion for default judgment regarding the Defendants who have defaulted.

**SIGNED** on June 9, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge