UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, Plaintiff, | § | |
| v. | § | SA-24-CV-768-JKP (HJB) |
| ELITE LIVING REALTY, LLC; DFW ELITE LIVING, LLC; and JOSEPH GARCIA, Defendants. | § | |

**ORDER CANCELLING HEARING AND RETURNING CASE TO DISTRICT COURT**

It is hereby **ORDERED** that the hearing on October 6, 2026, is **CANCELLED**. The parties are excused from appearing on that date. It is **FURTHER ORDERED** that this case is **RETURNED** to the District Court for all purposes.

The **U.S. Clerk is directed** to send a copy of this Order by regular mail to Defendants at:

Elite Living Realty, LLC
13155 Noel Rd #900
Dallas, TX 75240

DFW Elite Living , LLC
& Joseph Garcia
11037 Pinocchio Dr.
Dallas, TX 75229

**SIGNED** on September 22, 2026.

Henry J. Bemporad
United States Magistrate Judge